| PROB 22<br>(Rev. 01/24)    **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)*<br>0647 1:21CR00491-006 |
|---|---|
| | DOCKET NUMBER *(Rec. Court)*<br>2:26-cr-00016-APG-MDC |

| | DISTRICT<br><br>NORTHERN DISTRICT OF OHIO | DIVISION – EASTERN<br>OFFICE LOCATION – CLEVELAND | |
|---|---|---|---|
| Jason Arthur | Sentencing Judge - The Honorable Judge J. Philip Calabrese | | |
| | DATES OF PROBATION /<br>SUPERVISED RELEASE: | FROM<br>11/07/2025 | TO<br>11/06/2028 |

OFFENSE(S)

(Count 1)  18:371 - Conspiracy To Commit Securities Fraud
(Counts 5, 6, 7)   15:78j(b) and 78ff(a) - Securities Fraud
(Counts 24, 25, 29, 34, 35)  18:1343 - Wire Fraud

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Client is on active supervision in the District of Nevada.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO

        IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the   District of Nevada upon that Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.

| January 26, 2026 | |
|---|---|
| *Date* | *United States District Judge* |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

| February 2, 2026 | |
|---|---|
| *Effective Date* | *United States District Judge* |

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Jason Arthur

Case No.: 2:26-cr-00016-APG-MDC

January 27, 2026

TO:    The Honorable District Court Judge

On November 6, 2023, Arthur was sentenced by the Honorable J. Philip Calabrese in the Northern District of Ohio (ND/OH) to 35 months custody followed by three (3) years supervised release for committing the crimes of Conspiracy to Commit Securities Fraud, Securities Fraud (x3), and Wire Fraud (x5). On November 7, 2025, supervision commenced in the District of Nevada.

The purpose of this letter is to inform the court that the Northern District of Ohio has initiated a transfer of jurisdiction (TOJ) as evidenced by the signed probation form 22. Arthur has been a long-time resident of the District of Nevada with significant family ties. Arthur has no intention of returning to the ND/OH for the remainder of his time on supervision, thus a TOJ is appropriate is this case. The probation form 22 is attached for the Court's review.

Should you have any questions, please contact the undersigned at 702-236-2134 or via email at Deleyna_Jensen@nvp.uscourts.gov.

Respectfully submitted,

Digitally signed by
Deleyna Jensen
Date: 2026.01.28
08:35:34 -08'00'

Deleyna Jensen
United States Probation Officer

Approved:

Digitally signed by Steve
Goldner
Date: 2026.01.27 14:24:31
-08'00'

Steve M Goldner
Supervisory United States Probation Officer